**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICKESHA O. OSBOURNE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  22-1875 |

**ORDER**

**AND NOW**, this 1st day of September, 2023, after review of the Plaintiff's Request for Review, the other documents filed by the parties, and the  Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.      The Request for Review is **GRANTED**.

3.      This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can:  (a) properly consider the March 4, 2020 opinions of treating therapist Miguel A. Martinez; (b) reconsider whether Plaintiff meets the requirements of Listed Impairments 12.04 and 12.06; and (c) if necessary, reconsider whether Plaintiff is disabled at step five of the sequential evaluation process.

**BY THE COURT**:


/s/ John M. Gallagher
John M. Gallagher, J.